AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

BRIAN SCOTT JONES
DOB:
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 24, 2006__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

On or about February 24, 2006, within the District of Columbia, the defendant, Brian Scott Jones, by force, violence and intimidation did take from the person or presence of another, did obtain money, belonging to and in the care, custody, control, management, and possession of Wachovia, 2801 Georgia Avenue, NW, Washington, DC, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18 U.S.C. Section 2113(a)

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am __FREDERICK R. SCHMIED, Special Agent with the Federal Bureau of Investigation,__ and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

AUSA, Michael C. Liebman  (202) 353-2385
Sworn to before me and subscribed in my presence,

Signature of Complainant
FREDERICK R. SCHMIED, Special Agent
Federal Bureau of Investigation

_____         at   __Washington, D.C.__
Date                                  City and State

_____         _____
Name & Title of Judicial Officer      Signature of Judicial Officer

<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND
ARREST WARRANT FOR BRIAN SCOTT JONES</u>

I, Frederick R. Schmied, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so for 12 years. I am currently assigned to the Bank Robbery Squad in Washington, D.C., and have been so since September 2003.

2. This affidavit is submitted in support of an arrest warrant for **BRIAN SCOTT JONES**, date of birth xx/xx/xxxx, for a Bank Robbery occurring on February 24, 2006, in Washington, D.C., in violation of 18 U.S.C. § 2113(a).

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are described below.

4. On February 24, 2006, at approximately 9:12 a.m., a lone black male adult walked into a branch of Wachovia Bank, located at 2801 Georgia Avenue, N.W., Washington, D.C., a federally insured institution, and presented a note which said: "Remain Calm. I have a gun. Put 20, $100 dollar bills & 10, $50 dollar bills in an envelope & no one will be harmed. When you hand me the envelope tell me to have a nice or good day. Do not sound the alarm until I have left for four minutes." The teller gave the bank robber $1,055 in U.S. Currency, after which the robber left the bank.

5. The man who robbed the bank was described by the victim teller as a male, either Hispanic or possibly mixed race, about 5' 10", weighing approximately 195 lbs., between 35 to 40 years of age. The robber did not wear a hat, glasses, or cover his face in any way. Surveillance video footage was obtained and reviewed. The robbery was committed with a demand note, which was recovered, and the robber did not speak to the teller during the robbery.

6. **BRIAN SCOTT JONES** is currently being held without bail for committing a bank robbery on July 21, 2006, at a Citibank branch located at 3800 Twelfth Street, N.E., Washington, D.C., in case number 06-mj-330. In that robbery, **JONES,** wearing an Army camouflage hat and dark-rimmed glasses, walked into the bank, and presented a demand note to the teller, who handed him $2550 in U.S. currency. **JONES** then walked out of the bank. Once outside the bank, **JONES** encountered another bank customer who had just exited, who was an acquaintance of his. A video surveillance camera captured **JONES** and the acquaintance shaking hands and briefly hugging. Investigators were able to identify the acquaintance, who advised that the person he greeted outside the bank was one **BRIAN JONES**, with whom he had attended grade school; the acquaintance subsequently identified a 2003 arrest photograph of **BRIAN SCOTT JONES**, date of birth xx/xx/xxxx, social security account number xxx-xx-xxxx, as the person he greeted outside the bank.

7. On July 28, 2006, **JONES** was arrested pursuant to a warrant for the Citibank robbery. In the arrest paperwork for that case, **JONES** is described as a light-complexioned black male, 5' 9" tall, weighing 170 pounds. On August 1, 2006, a U.S. Magistrate Judge found probable cause that **JONES** had committed the bank robbery in 06-mj-330, and ordered him held with bail; on September 26, 2006, **JONES** was charged by indictment with committing that robbery.

8. A Confidential Informant (CI), who is pending sentencing in an unrelated felony matter, has provided information to investigators about both bank robberies based on conversations he had with **JONES** between August 1, 2006, and August 22, 2006. During these conversations **JONES** told the CI that he (**JONES**) robbed a Wachovia Bank next to Howard University in March of 2006, and that he committed a second bank robbery, at a Citibank, on July 21, 2006. With respect to the Wachovia robbery, **JONES** told the CI that he (**JONES)** entered the bank and proceeded to the first teller he could get to, who happened to be an African man. **JONES** also told the CI that after he gave the demand note to the teller, the teller initially stalled, but then gave **JONES** about $1200. **JONES** told the CI that the money he got from this robbery ran out which motivated him to commit another bank robbery. He also told the CI that he used a note to commit both robberies.

9. **JONES** also told the CI, during conversations in this time period, that with respect to the later Citbank robbery, the teller was a black female and that the teller triggered an alarm button, after which he told her to stop fucking around and give him the money. **JONES** also told the CI that the teller gave him some $50 bills, which he knew to be marked money, and that the security guard at the bank was on her cell phone and coming out of the bank as he was going in. **JONES** also stated that he encountered a friend upon leaving the bank, who tried to shake his hand and hug him, but he (**JONES**) pushed him away and told the friend he had just robbed the bank.

10. During and before the time period of these conversations, neither **JONES** nor the attorney representing him in 06-mj-330 was ever told by any law enforcement agent or prosecutor that **JONES** was a suspect in any bank robbery other than the July 21, 2006, robbery of the Citibank. In addition, at no time during the August 1, 2006, hearing was any reference made to any robbery other than the July 21, 2006, Citibank robbery. Neither **JONES** nor the attorney representing him

in 06-mj-330 has been provided any discovery documents or materials relating to any other robbery. Neither the arrest warrant affidavit in 06-mj-330, nor any other court filings associated with that case, make any reference to a robbery of a Wachovia bank, to a robbery occurring in February or March 2006, or to any other robberies possibly committed by **JONES**.

11. Investigation into the robbery at the Wachovia Bank branch on February 24, 2006, revealed that many facts given to the CI from **JONES** are consistent or very close to the facts of the case. The bank robbed on that date was a branch of Wachovia Bank located at 2801 Georgia Avenue, N.W., Washington, D.C., which is adjacent to Howard University. The loss from the robbery was $1055. The victim teller of the bank robbery is a dark-skinned black male adult who was born in Senegal, in Africa, and who speaks with a foreign accent. To commit the robbery, the robber used a demand note.

12. With respect to the information provided by the CI regarding **JONES**'s admissions to the Citibank robbery, that information is also generally consistent or close to what the investigation has revealed. However, the victim teller in that robbery, who is indeed a black female and who did trigger a silent alarm during the robbery, did <u>not</u> report that the robber had given her any profane or verbal commands, and the acquaintance who greeted **JONES** outside the bank did not indicate that **JONES** resisted hugging him or that **JONES** made any statements about robbing the bank. In addition, while surveillance video shows JONES walking past a bank security guard as he was entering the Citbank branch, there is no indication that the guard is talking on a cell phone.

13. The robbery demand notes from both robberies have been obtained and reviewed. Both notes are handwritten and printed, as opposed to written in cursive, on what appears to be the same type of lined, white paper. With regard to the Citibank robbery that occurred on July 21, 2006, the

4

note reads: "Remain calm & follow my instructions & no one will get hurt. Put 30, $100 dollar bills in an envelope[.]" In the robbery of the Wachovia Bank on February 24, 2006, the demand note reads: "Remain calm. I have a gun. Put 20, $100 dollar bills &10, $50 dollar bills in an envelope & no one will be harmed. When you hand me the envelope tell me to have a nice or good day. Do not sound the alarm until I have left for four minutes." Both notes open with the same phrase, "Remain calm"; both notes instruct the teller to put an amount of money in an envelope; both notes use numerals followed by a comma to designate the amount of money to be provided; and both notes consistently utilize ampersands in lieu of the word and. Finally, in my opinion, the handwriting of the two notes is similar.

14. The 2003 arrest photo of **BRIAN SCOTT JONES**, date of birth xx/xx/xxxx, social security account number xx-xx-xxxx, appears to be the robber seen on the Wachovia bank's video surveillance system, on February 24, 2006.

15. Based on the foregoing, there is probable cause to believe that on or about February 24, 2006, **BRIAN SCOTT JONES,** did unlawfully, knowingly, and intentionally, rob the Wachovia Bank located at 2801 Georgia Avenue, N.W., Washington, D.C., in violation of 18 U.S.C. § 2113(a).

                                                              Frederick R. Schmied, Special Agent
                                                              Federal Bureau of Investigation

Sworn and subscribed to before me this _____ day of September, 2006

                                                              The Honorable
                                                               United States Magistrate Judge