UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA  :  Case No: 06-413 (JMF)
:
v.  :
:
BRIAN SCOTT JONES,  :      **FILED**
:
      SEP 29 2006

ORDER    NANCY MAYER WHITTINGTON, CLERK
        U.S. DISTRICT COURT

Upon oral motion of the Government, and for good cause shown, it is this 29th day of September, 2006, hereby ORDERED that the United States Marshals Service transport the defendant, Brian Scott Jones, on the morning of October 2, 2006, to the United States District Court cellblock in Washington, D.C., and from there release him to the custody of a Special Agent of the Federal Bureau of Investigation, who will take the defendant to the FBI Washington Field Office at 601 Fourth Street, NW, Washington, D.C. 20535, for the purpose of booking, fingerprinting (including major case prints), photographing and processing on the charge in this case. Upon the completion of the booking process, the defendant shall be returned no later than 3:00 p.m. to the cellblock at the United States District Court at 333 Constitution Avenue, N.W., Washington, D.C., for further transport back to the D.C. Jail by the United States Marshals Service.

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

cc:   Michael Liebman, Esq.
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530