AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

BRIAN SCOTT JONES

**WARRANT FOR ARREST**

CASE NUMBER: 06-413-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Brian Scott Jones___
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

FILED
SEP 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

charging him or her with (brief description of offense)

On or about February 24, 2006, within the District of Columbia, the defendant, Brian Scott Jones, by force, violence and intimidation did take from the person or presence of another, did obtain money, belonging to and in the care, custody, control, management, and possession of Wachovia, 2801 Georgia Avenue, NW, Washington, DC, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18 U.S.C. Section 2113(a)

in violation of Title __18__ United States Code, Section(s) __§ 2113(a)__

JOHN M. FACCIOLA                    JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE               U.S. MAGISTRATE JUDGE
Name of Issuing Officer             Title of Issuing Officer

_/s/ John M. Facciola_              SEP 27 2006   District of Columbia
Signature of Issuing Officer        Date and Location

I wasted as could [signature] 9/29/06

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/29/2006 | Stephenie K. Owens Deputy U.S. Marshal | Stephenie K. Owens |
| DATE OF ARREST 9/29/2006 | | |