UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Case No: 06-413 (JMF) |
| | : | |
| v. | : | |
| | : | **FILED** |
| BRIAN SCOTT JONES, | : | |
| | : | OCT 0 3 2006 |
| | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER

Upon oral motion of the Government, and for good cause shown, it is this 2nd day of

October, 2006, hereby ORDERED that the United States Marshals Service transport the

defendant, Brian Scott Jones, on the morning of October 3, 2006, to the United States District

Court cellblock in Washington, D.C., and from there release him to the custody of a Special

Agent of the Federal Bureau of Investigation, who will take the defendant to the FBI Washington

Field Office at 601 Fourth Street, NW, Washington, D.C. 20535, for the purpose of booking,

fingerprinting (including major case prints), photographing and processing on the charge in this

case. Upon the completion of the booking process, the defendant shall be returned no later than

3:00 p.m. to the cellblock at the United States District Court at 333 Constitution Avenue, N.W.,

Washington, D.C., for further transport back to the D.C. Jail by the United States Marshals

Service.

_John M. Facciola_
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

*Oct. 2, 2006*

cc:    Michael Liebman, Esq.
       Assistant United States Attorney
       555 4th Street, N.W.
       Washington, D.C. 20530