AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**FILED**
OCT 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Brian Scott Jones

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 06-413 M

I, **Brian S. Jones**, charged in a (complaint) (petition) pending in this District with **Bank Robbery** in violation of Title **18**, U.S.C., **2113(a)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

10/10/06
Date

_____
Counsel for Defendant