```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**         )
                                     )
      **v.**                         )  Cr. No. 06-mj-413-JMF
                                     )
**BRIAN S. JONES,**                  )
                                     )
         **Defendant.**           )

Government's Unopposed Motion for Leave of Court to
<u>Dismiss Complaint</u>

Pursuant to rule 48(a) of the Federal Rules of Criminal Procedure, the government moves for leave of Court to dismiss the complaint in this matter. This motion is also made pursuant to the plea agreement between the parties covering this matter and another case, <u>United States v. Brian S. Jones</u>, no. 06-CR-286-JDB, which proceeded to sentencing earlier today.

The defendant, through his acceptance of the plea agreement, has indicated that he does not oppose this motion. A proposed Order is attached.

                                Respectfully submitted,

                                JEFFREY A. TAYLOR
                                UNITED STATES ATTORNEY

                                     /s/
           by: _____
                Michael C. Liebman
                Assistant United States Attorney
                D.C. Bar No. 479562
                555 Fourth Street, N.W., room 4231
                Washington, D.C.  20530
                353-2385
                michael.liebman@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** )
)
    **v.** ) Cr. No. 06-mj-413-JMF
)
**BRIAN S. JONES,** )
)
    **Defendant.** )

O R D E R

Upon the unopposed motion of the government, and for good cause shown, leave of Court is granted to the government to dismiss the complaint in the above matter, and the complaint is accordingly dismissed.

SO ORDERED.


date: _____                                    _____
                                                                   John M. Facciola
                                                                   U.S. Magistrate Judge
                                                                    District of Columbia