UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) Cr. No. 06-mj-413-JMF<br>) |
| BRIAN S. JONES, | )<br>) |
| Defendant. | ) |

**FILED**

FEB 0 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon the unopposed motion of the government, and for good cause shown, leave of Court is granted to the government to dismiss the complaint in the above matter, and the complaint is accordingly dismissed.

SO ORDERED.

date: 1/31/07

John M. Facciola
U.S. Magistrate Judge
District of Columbia